1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDGAR RAFAEL NAVARRO CHAVOYA
7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:21-cr-00314-JLT-SKO

12              Plaintiff,             **STIPULATION TO CONTINUE STATUS
                                       CONFERENCE; ORDER**
13  vs.
                                       Date:   February 11, 2022
14  EDGAR RAFAEL NAVARRO               Time:   9:30 a.m.
    CHAVOYA,                           Judge:  Hon. Jennifer L. Thurston
15
                Defendant.
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the status

20  conference currently scheduled for February 11, 2022, at 9:30 a.m. before the Honorable Jennifer

21  L. Thurston may be continued to April 20, 2022, at 1:00 p.m. before the Honorable Sheila K.

22  Oberto.

23        On December 22, 2021, Mr. Navarro Chavoya appeared before Judge Sheila K. Oberto

24  for an arraignment on an indictment charging him with a violation of 8 U.S.C. § 1326. At the

25  arraignment, the parties notified Judge Oberto that the government had identified the case as

26  being eligible for the government's early disposition program (also as the fast-track program).

27  Accordingly, Judge Oberto set a status conference for February 7, 2022, before the District

28  Court, with the intention that the hearing would become a plea and sentencing if Mr. Navarro

1   Chavoya were to accept the government's plea offer. This Court later continued the status

2   conference to February 11, 2022, on its own motion.

3          The parties now request that the Court continue the February 11, 2022, status conference

4   to April 20, 2022, at 1:00 p.m. and reset the matter before the magistrate judge. The parties agree

5   and request the Court find the following:

6          1.      The government has provided 575 pages of discovery in this matter. The

7   government has also agreed to make available for copying and inspection Mr. Navarro-

8   Chavoya's entire A file.

9          2.      Counsel for Mr. Navarro-Chavoya desires additional time to review discovery,

10  consult with her client, conduct investigation into the charges (including Mr. Navarro-Chavoya's

11  prior deportation), and explore potential resolution with the government.

12         3.      Counsel for Mr. Navarro-Chavoya believes that failure to grant the above-

13  requested continuance would deny her the reasonable time necessary for effective preparation,

14  taking into account the exercise of due diligence.

15         4.      The government does not object to the continuance.

16         5.      Based on the above-stated findings, the ends of justice served by continuing the

17  case as requested outweigh the interest of the public and the defendant in a trial within the

18  original date prescribed by the Speedy Trial Act.

19         6.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

20  *et seq.*, within which trial must commence, the time period of February 11, 2022, to April 20,

21  2022, inclusive, is deemed excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

22         **IT IS SO STIPULATED.**

23
                                          Respectfully submitted,
24

25                                        PHILLIP A. TALBERT
                                          United States Attorney
26
    Date: February 4, 2022                */s/ Laura Withers*
27                                        LAURA WITHERS
                                          Assistant United States Attorney
28                                        Attorney for Plaintiff

1                                    HEATHER E. WILLIAMS
                                    Federal Defender

2

3  Date: February 4, 2022                  */s/ Erin Snider*
                                      ERIN SNIDER

4                                    Assistant Federal Defender
                                    Attorney for Defendant

5                                    EDGAR RAFAEL NAVARRO CHAVOYA

6

7

8                              **O R D E R**

9       **IT IS SO ORDERED.** The status conference currently scheduled for February 11, 2022,

10  at 9:30 a.m. before the undersigned is hereby continued to April 20, 2022, at 1:00 p.m. before the

11  Honorable Sheila K. Oberto. The period from February 11, 2022, to April 20, 2022, inclusive, is

12  deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv)

13  because it results from a continuance granted by the Court at defendant's request on the basis of

14  the Court's finding that the ends of justice served by taking such action outweigh the best interest

15  of the public and the defendant in a speedy trial.

16

17  IT IS SO ORDERED.

18     Dated:   **February 7, 2022**

                                                     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28