HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SKO-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   October 19, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may continue the status conference currently scheduled for July 20, 2022, at 1:00 p.m. to October 19, 2022, at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on July 20, 2022.

2. The government has produced initial discovery, consisting of 575 Bates-marked pages.

3. Defense counsel requires time to review discovery, consult with her client regarding his options, and conduct necessary investigation.

4. Defense counsel believes that failure to grant the above-requested continuance

would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the requested continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 20, 2022, to October 19, 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 12, 2022
*/s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2022
*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

///
///
///
///
///
///
///

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for July 20, 2022, at 1:00 p.m. is hereby continued to October 19, 2022, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 20, 2022, to October 19, 2022, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 7/13/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge