HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>    Defendant. | Case No. 1:21-cr-00314-JLT-SKO-1<br><br>**STIPULATION TO MODIFY CONDITIONOF PRETRIAL RELEASE; ORDER THEREON**<br><br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the condition requiring Mr. Navarro Chavoya to remain on home incarceration be modified to curfew. Pretrial Services Officer Margarita Zepeda supports this modification.

On December 15, 2022, this Court ordered Mr. Navarro Chavoya release on a $100,000 property bond with the condition that he be subject to home incarceration. *See* ECF #7; ECF #18. The property bond was posted on January 18, 2022, and Mr. Navarro Chavoya was released that same day. Since his release, Mr. Navarro Chavoya has remained in full compliance with the conditions of his release.

Mr. Navarro Chavoya now requests that the Court modify the location monitoring condition to permit Mr. Navarro Chavoya to leave his residence from 7:00 a.m. to 5:00 p.m. each

day so that he may better assist his partner, Martiza Gonzalez, with child-related responsibilities and to assist his parents, with whom he lives, with household-related responsibilities. Mr. Navarro Chavoya also requests a one-time modification of his curfew so that he may attend his daughter's birthday party on October 8, 2022, which is anticipated to go to 6:00 p.m. Pretrial Services Officers Margarita Zepeda supports the proposed modification to curfew and the one-time modification to the curfew time.

Accordingly, the parties stipulate that Condition 7(m) be modified as follows:

> You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW**: You must remain inside your residence every day from 5:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations, with the exception of October 8, 2022, during which you must remain inside your residence from 6:00 p.m. to 7:00 a.m. the following day.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 5, 2022          /s/ Alexandre Dempsey
                               ALEXANDRE DEMPSEY
                               Assistant United States Attorney
                               Attorney for Plaintiff

                               HEATHER E. WILLIAMS
                               Federal Defender

Date: October 5, 2022          /s/ Erin Snider
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               EDGAR RAFAEL NAVARRO CHAVOYA

# **O R D E R**

Upon the parties' stipulation and for good cause shown, it is hereby ordered that Condition 7(b) of defendant Edgar Rafael Navarro Chavoya's pretrial release be modified as follows:

> You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW**: You must remain inside your residence every day from 5:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations, with the exception of October 8, 2022, during which you must remain inside your residence from 6:00 p.m. to 7:00 a.m. the following day.

IT IS SO ORDERED.

Dated:   **October 5, 2022**              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE