HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   January 18, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may continue the status conference currently scheduled for October 19, 2022, at 1:00 p.m. to January 18, 2023, at 1:00 p.m.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on October 19, 2022.

2. The government has produced initial discovery, consisting of 575 Bates-marked pages.

3. Defense counsel requires additional time to review discovery, consult with her client, conduct investigation into the charges (including Mr. Navarro Chavoya's prior

deportation), and explore potential resolution with the government.

4. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 19, 2022, to January 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 11, 2022    /s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2022    /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for October 19, 2022, at 1:00 p.m. is hereby continued to January 18, 2023, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, *et seq.*, within which trial must commence, the time period of October 19, 2022, to January 18, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date: 10/12/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge