HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE; ORDER**<br><br>Date:   April 10, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may vacate the status conference currently scheduled for January 18, 2023, at 1:00 p.m. and set the following motion briefing schedule: motions due February 13, 2023; opposition due March 13, 2023; reply due March 27, 2023; motion hearing on April 10, 2023, at 9:00 a.m.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on January 18, 2023.

2. The government has produced initial discovery, consisting of 575 Bates-marked pages.

3. Defense counsel intends to file a motion to dismiss and requires time to prepare

said motion.

4. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the motion briefing schedule and is available for a motion hearing on April 10, 2023, at 9:00 a.m.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 18, 2023, to April 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S. C. § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 11, 2023         */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 11, 2023         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for January 18, 2023, at 1:00 p.m. is hereby vacated. The defense shall file any motions by February 13, 2023; the government shall file its opposition by March 13, 2023; and the defense may file a reply by March 27, 2023. A motion hearing is set for April 10, 2023, at 10:00 a.m. The time period of January 18, 2023, to April 10, 2023, inclusive, is excludable pursuant to 18 U.S.C § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

Date: 1/12/2023

*Sheila K. Oberto*

Hon. Sheila K. Oberto
United States Magistrate Judge