HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00314-JLT-SKO-1 |
|---|---|
| Plaintiff, | **_UNOPPOSED_ MOTION TO REMOVE CONDITION OF PRETRIAL RELEASE; ORDER** |
| vs. | |
| EDGAR RAFAEL NAVARRO CHAVOYA, | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

Defendant Edgar Rafael Navarro Chavoya hereby moves this Court for an order removing the location-monitoring condition of his pretrial release (Condition 7(m)). Pretrial Services Officer Margarita Zepeda supports this modification, and counsel for the government has stated that he does not oppose the motion.

On December 15, 2022, this Court ordered Mr. Navarro Chavoya release on a $100,000 property bond with the condition that he be subject to home incarceration. *See* ECF #7; ECF #18. The property bond was posted on January 18, 2022, and Mr. Navarro Chavoya was released that same day. ECF #18. On October 6, 2022, the Court modified the location-monitoring condition at the parties' request; specifically, the Court reduced the level of monitoring from home incarceration to curfew. ECF #32.

Mr. Navarro Chavoya now requests that the Court remove the location-monitoring condition. Since his release on January 18, 2022—nearly one year ago—Mr. Navarro Chavoya

has fully complied with each and every condition of his release. Given his compliance, Pretrial Services Officer Zepeda has recommended the removal of the location-monitoring condition. The government does not oppose this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 27, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

**O R D E R**

It is hereby ordered that the location-monitoring condition (Condition 7(m)) of defendant Edgar Rafael Navarro Chavoya's pretrial release be removed.

Date: 1/30/2023

Hon. Sheila K. Oberto
United States Magistrate Judge