HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDGAR RAFAEL NAVARRO CHAVOYA, <br><br> Defendant. | Case No. 1:21-cr-00314-JLT-SKO <br><br> **STIPULATION TO ADD CONDITION OF PRETRIAL RELEASE; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may add the following condition of pretrial release: "You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case."

   On December 15, 2021, the Court ordered Mr. Navarro Chavoya released on a $100,000 property bond. *See* ECF #7. Amongst other conditions, the Court ordered Mr. Navarro Chavoya to "not apply for or obtain a passport or any other traveling documents during the pendency of this case." *See* ECF #18. Because Mr. Navarro Chavoya had reported to Pretrial Services that he did not possess a passport or other travel document, there was no condition requiring him to surrender such document.

Mr. Navarro Chavoya recently obtained a Mexican passport, as he needed additional identification in order to obtain a driver's license. At the time, Mr. Navarro Chavoya had simply overlooked the condition of his pretrial release prohibiting him from applying for a passport. He mentioned to his Pretrial Services Officer, Magarita Zepeda, that he had obtained the passport, and she reminded him that he was prohibited from doing so under the conditions of his release. Because Mr. Navarro Chavoya's error was inadvertent, Pretrial Services and the government are in agreement that no violation petition is warranted. Instead, the parties agree that Mr. Navarro Chavoya should simply surrender the passport to the Clerk of Court. Accordingly, the parties request that the Court add the following condition, so that the Clerk of Court will take possession of the passport: "You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case."

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 2, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 2, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

///
///
///
///
///
///

# **O R D E R**

The Court hereby modifies the conditions of Mr. Navarro Chavoya's pretrial release to add the following: "You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case." Mr. Navarro Chavoya is directed to surrender his passport within 7 days of the date of this Order.

IT IS SO ORDERED.

Dated:   **August 2, 2023**                           /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE