HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00314-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE; ORDER** |
| vs. | |
| EDGAR RAFAEL NAVARRO CHAVOYA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may vacate the status conference currently scheduled for August 16, 2023, at 1:00 p.m.

On April 24, 2023, the parties appeared before the Honorable Jennifer L. Thurston for a hearing on a motion to dismiss. At that time and at the request of the government, Judge Thurston set this matter for a trial on May 21, 2024, and scheduled a trial confirmation hearing for April 29, 2024. *See* ECF #45. Judge Thurston excluded time under the Speedy Trial Act through May 21, 2024. *See id.*

Accordingly, the parties do not believe a further status conference is necessary in this case and they request that the Court vacate the August 16, 2023, hearing.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 2, 2023    */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 2, 2023    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for August 16, 2023, at 1:00 p.m. is hereby vacated.

Date: 8/4/2023

Sheila K. Oberto
Hon. Sheila K. Oberto
United States Magistrate Judge