HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SKO<br><br>**STIPULATION TO CONTINUE TRIAL; ORDER**<br><br>Date:   September 17, 2024<br>Time:  8:30 a.m.<br>Judge: Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may continue the trial currently scheduled for May 21, 2024, at 8:30 a.m. to September 17, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1.      On February 13, 2023, Mr. Navarro Chavoya filed a motion to dismiss the sole count charged in the Indictment. The motion raised the issue of whether 8 U.S.C. § 1326 is unconstitutional—an issue that was pending before the Ninth Circuit Court of Appeals in *United States v. Carrillo-Lopez*, Case No. 21-10233.

2.      At the April 24, 2023 hearing on the motion to dismiss, the Court took the matter under advisement. Also at the hearing, and at the government's request, the Court set a trial date

of May 21, 2024.

3. On May 22, 2023, the Ninth Circuit issued its opinion in *Carrillo-Lopez*, which upheld 8 U.S.C. § 1326 as constitutional.

4. On May 24, 2023, the Court entered an order denying Mr. Navarro Chavoya's motion to dismiss in light of the *Carrillo-Lopez* ruling.

5. On September 8, 2023, the Ninth Circuit denied the petition for rehearing en banc in *Carrillo-Lopez*.

6. On January 22, 2024, the Supreme Court denied certiorari in *Carrillo-Lopez*, effectively closing the door on any further litigation regarding the constitutionality of 8 U.S.C. § 1326.

7. In light of the final disposition of the *Carrillo-Lopez* case, counsel for Mr. Navarro Chavoya requires additional time to consult with her client regarding his options, conduct necessary investigation, and engage in plea negotiations with the government.

8. Counsel for Mr. Navarro Chavoya also requires additional time in light of other case demands. Specifically, between the date of this stipulation and May 21, 2024—the date that trial is currently scheduled to begin—defense counsel has eight sentencing hearings that require substantial time to prepare due to either their complex nature or the substantial potential sentence the defendant is facing.

9. Counsel for Mr. Navarro Chavoya believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10. The government does not object to the continuance.

11. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

12. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 21, 2024, to September 17, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 4, 2024          /s/ Joseph Barton
                             JOSEPH BARTON
                             Assistant United States Attorney
                             Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 4, 2024          /s/ Erin Snider
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             EDGAR RAFAEL NAVARRO CHAVOYA

1

<u>**O R D E R**</u>

2

      **IT IS SO ORDERED.** The May 21, 2024 trial is continued to September 17, 2024, at

3

8:30 a.m. The trial confirmation hearing currently scheduled for April 29, 2024, at 10:00 a.m.

4

is continued to August 26, 2024, at 9:00 a.m. The time period of May 21, 2024, to September

5

17, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6

7

Date:   April 9, 2024

8

Hon. Jennifer L. Thurston
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28