HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   August 26, 2024<br>Time:   9:00 a.m.<br>Judge: Jennifer L. Thurston |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may vacate the trial confirmation hearing currently scheduled for August 26, 2024, and the jury trial currently scheduled to begin September 17, 2024, and schedule a change-of-plea hearing for August 26, 2024, at 9:00 a.m.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a trial confirmation hearing on August 26, 2024, and for a trial beginning September 17, 2024.

2. After consultation with defense counsel, Mr. Navarro Chavoya intends to enter an open guilty plea to the sole count in the Indictment.

3. Defense counsel has conferred with counsel for the government, and both parties

are available for a change-of-plea hearing on August 26, 2024.

4. Time has previously been excluded through September 17, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 24, 2024        */s/ Joseph Barton*
                           JOSEPH BARTON
                           Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 24, 2024        */s/ Erin Snider*
                           ERIN SNIDER
                           Assistant Federal Defender
                           Attorney for Defendant
                           EDGAR RAFAEL NAVARRO CHAVOYA

## O R D E R

Based upon the stipulation of the parties, the Court sets a change-of-plea hearing on August 26, 2024, at 9:00 a.m. If the plea is entered, the Court will vacate the trial confirmation hearing currently scheduled for August 26, 2024, at 9:00 a.m. and the trial date set on September 17, 2024.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

UNITED STATES DISTRICT JUDGE