1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDGAR RAFAEL NAVARRO CHAVOYA
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:21-cr-00314-JLT-SKO

12              Plaintiff,             **STIPULATION TO CONTINUE
                                       SENTENCING HEARING; ORDER**
13  vs.
                                       Date:  March 3, 2025
14  EDGAR RAFAEL NAVARRO               Time:  9:00 a.m.
    CHAVOYA,                           Judge: Jennifer L. Thurston
15
                Defendant.
16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may

20  continue the sentencing hearing currently scheduled for December 2, 2024, to March 3, 2025, at

21  9:00 a.m.

22       On September 3, 2024, Mr. Navarro Chavoya pled guilty to the Indictment, which

23  charges him with a violation of 8 U.S.C. § 1326(a) and (b)(2), and the Court set the matter for

24  sentencing on December 2, 2024, at 9:00 a.m. Undersigned defense counsel requires additional

25  time to conduct investigation relevant to sentencing. Given the holidays and defense counsel's

26  upcoming scheduled leave, defense counsel is requesting a three-month continuance. The

27  government does not object to the continuance, and both parties are available on March 3, 2025.

28       **IT IS SO STIPULATED.**

1

Respectfully submitted,

2

PHILLIP A. TALBERT
3        United States Attorney

4   Date: September 25, 2024          /s/ Joseph Barton
                                      JOSEPH BARTON
5                                     Assistant United States Attorney
                                      Attorney for Plaintiff
6

7
                                      HEATHER E. WILLIAMS
8                                     Federal Defender

9   Date: September 25, 2024          /s/ Erin Snider
                                      ERIN SNIDER
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    EDGAR RAFAEL NAVARRO CHAVOYA

12

13

14                                 **O R D E R**

15        **IT IS SO ORDERED.** The sentencing hearing currently scheduled for December 2,

16   2024, is continued to March 3, 2025, at 9:00 a.m. The United States Probation Office is directed

17   to issue a new presentence investigation schedule.

18
     IT IS SO ORDERED.
19

20      Dated:   **September 25, 2024**                    _____
                                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Navarro Chavoya – Stipulation to Continue Sentencing          2
Hearing