HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00314-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:   April 7, 2025 |
| EDGAR RAFAEL NAVARRO CHAVOYA, | Time:   9:00 a.m. |
| Defendant. | Judge: Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may continue the sentencing hearing currently scheduled for March 3, 2025, to April 7, 2025, at 9:00 a.m.

On September 3, 2024, Mr. Navarro Chavoya pled guilty to the Indictment, which charges him with a violation of 8 U.S.C. § 1326(a) and (b)(2), and the Court set the matter for sentencing on December 2, 2024, at 9:00 a.m. On September 26, 2024, the Court continued the sentencing to March 3, 2025, pursuant to the parties' stipulation.

Undersigned defense counsel requires additional time to conduct investigation relevant to sentencing. The government does not object to the continuance, and both parties are available on April 7, 2025. The parties agree that they will seek no further continuances of the sentencing

1   hearing.

2        **IT IS SO STIPULATED.**

3
                                        Respectfully submitted,
4

5                                       PHILLIP A. TALBERT
                                        United States Attorney
6

7   Date: January 7, 2025              */s/ Joseph Barton*
                                        JOSEPH BARTON
8                                       Assistant United States Attorney
                                        Attorney for Plaintiff
9

10                                      HEATHER E. WILLIAMS
11                                      Federal Defender

12  Date: January 7, 2025              */s/ Erin Snider*
                                        ERIN SNIDER
13                                      Assistant Federal Defender
                                        Attorney for Defendant
14                                      EDGAR RAFAEL NAVARRO CHAVOYA

15

16

17                        **O R D E R**

18        **IT IS SO ORDERED.** The sentencing hearing currently scheduled for March 3, 2025, is

19  continued to April 7, 2025, at 9:00 a.m. The United States Probation Office is directed to issue a

20  new presentence investigation schedule.

21

22  IT IS SO ORDERED.

23    Dated:   **January 8, 2025**

24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28