HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00314-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE SENTENCING HEARING AND STAY BRIEFING ON MOTION TO WITHDRAW GUILTY PLEA; ORDER** |
| vs. | |
| EDGAR RAFAEL NAVARRO CHAVOYA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may vacate the sentencing hearing currently scheduled for April 7, 2025, and stay further briefing on the pending motion to withdraw guilty plea pending the resolution of the government's petition for rehearing and/or rehearing en banc in *United States v. Gomez*, No. 23-435.

On September 3, 2024, Mr. Navarro Chavoya pled guilty to the Indictment, which charges him with a violation of 8 U.S.C. § 1326(a) and (b)(2), and the Court set the matter for sentencing on December 2, 2024, at 9:00 a.m. ECF #62. The Court later continued the sentencing to April 7, 2025, pursuant to the parties' stipulation. ECF #64, #66.

On March 3, 2025, Mr. Navarro Chavoya filed a motion to withdraw his guilty plea in light of the Ninth Circuit Court of Appeal's decision in *United States v. Gomez*, No. 23-435. ECF

1  #68. Mr. Navarro Chavoya noted in the memorandum in support of the motion that the
2  government had filed a petition for rehearing and/or rehearing en banc in *Gomez*. *Id.* at 2 n.1.
3      After further discussions, the parties now ask that the Court vacate the April 7, 2025
4  sentencing hearing and stay further briefing on the motion to withdraw guilty plea pending the
5  resolution of the government's petition for rehearing and/or rehearing en banc. The parties are
6  making this request with the intention of conserving time and resources for both the parties and
7  the Court.
8      **IT IS SO STIPULATED.**
9                                 Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 7, 2025         */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 7, 2025         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

# **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for April 7, 2025, at 9:00 a.m. is vacated. Further briefing on the pending motion to withdraw guilty plea is stayed pending resolution of the government's petition for rehearing and/or rehearing en banc in *United States v. Gomez*, No. 23-435. The motion hearing currently scheduled for March 17, 2025, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:   **March 10, 2025**                                                  _____
UNITED STATES DISTRICT JUDGE