HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE; ORDER**<br><br>Date:   September 28, 2026<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may vacate the status conference currently scheduled for May 20, 2026, at 1:00 p.m. and set the following motion briefing schedule: motion to dismiss due July 20, 2026; opposition due August 31, 2026; reply due September 14, 2026; motion hearing on September 28, 2026, at 9:00 a.m.

The parties agree and request the Court find the following:

1.      On April 15, 2026, the Honorable Jennifer L. Thurston entered an order finding that the en banc decision in *United States v. Gomez*, 165 F.4th 1199 (9th Cir. 2026), issued after defendant Mr. Navarro Chavoya entered his guilty plea on September 3, 2024, provided a fair and just reason for Mr. Navarro Chavoya to withdraw his guilty plea pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

2.     Defense counsel now intends to file a motion to dismiss in light of *Gomez*.

3.     Defense counsel is out of the office from May 11, 2026, through May 15, 2026, and, upon her return, will be preparing for a jury trial scheduled to begin June 16, 2026.

4.     Counsel for the government will also be on leave from late July to early August.

5.     In light of the parties' respective schedules, they request the following briefing schedule: motion to dismiss due July 20, 2026; opposition due August 31, 2026; reply due September 14, 2026; motion hearing on September 28, 2026, at 9:00 a.m.

6.     Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 20, 2026, to September 28, 2026, inclusive, is deemed excludable pursuant to 18 U.S. C. § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: May 7, 2026          */s/ Joseph Barton*
                          JOSEPH BARTON
                          Assistant United States Attorney
                          Attorney for Plaintiff

                          HEATHER E. WILLIAMS
                          Federal Defender

Date: May 7, 2026          */s/ Erin Snider*
                          ERIN SNIDER
                          Assistant Federal Defender
                          Attorney for Defendant
                          EDGAR RAFAEL NAVARRO CHAVOYA

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 20, 2026, at 1:00 p.m. is hereby vacated. The defense shall file any motion to dismiss by July 20, 2026; the government shall file its opposition by August 31, 2026; and the defense may file a reply by September 14, 2026. A motion hearing is set for September 28, 2026, at 9:00 a.m. before District Judge Jennifer L. Thurston. The time period of May 20, 2026, to September 28, 2026, inclusive, is excludable pursuant to 18 U.S.C § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:    **May 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

Navarro Chavoya – Stipulation to Vacate Status Conference
and Set Motion Briefing Schedule                    3