HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR RAFAEL NAVARRO CHAVOYA,<br><br>Defendant. | Case No. 1:21-cr-00314-JLT-SAB<br><br>**STIPULATION TO CONTINUE MOTION HEARING; ORDER**<br><br>Date: October 5, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Edgar Rafael Navarro Chavoya, that the Court may continue the motion hearing currently scheduled for September 28, 2026, to October 5, 2026, at 9:00 a.m. and adjust the briefing schedule as follows: opposition to motion to dismiss due September 8, 2026, and optional reply brief due September 21, 2026.

The parties agree and request the Court find the following:

1. On May 8, 2026, the Court adopted the parties' stipulation setting a briefing schedule for a motion to dismiss and scheduling a motion hearing for September 28, 2026, at 9:00 a.m.

2. On July 20, 2026, Mr. Navarro Chavoya timely filed the motion to dismiss.

3. Defense counsel has become aware of a scheduling conflict. At the time the

parties submitted the stipulation requesting a motion briefing schedule and hearing, defense counsel had inadvertently failed to calendar scheduled leave, which includes September 28, 2026.

4. In light of the parties' respective schedules, they request the following revised briefing schedule: opposition due September 8, 2026; reply due September 21, 2026; motion hearing on October 5, 2026, at 9:00 a.m.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of through October 5, 2026, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 18, 2026

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 18, 2026

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
EDGAR RAFAEL NAVARRO CHAVOYA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT IS SO ORDERED.** The government shall file its opposition by September 8, 2026; and the defense may file a reply by September 21, 2026. The motion hearing scheduled for September 28, 2026, is continued to October 5, 2026, at 9:00 a.m. The time period through October 5, 2026, is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: _August 18, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE