UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>EDGAR RAFAEL NAVARRO-CHAVOYA,<br><br>Defendant. | Case No. 1:21-CR-00314-JLT-SAB<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT<br><br>(Doc. 79) |

Upon the government's motion, and for good cause shown, the indictment in this case is dismissed without prejudice and all pending motion deadlines and hearings dates are vacated.

IT IS SO ORDERED.

Dated: September 4, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE