# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDGAR RAFAEL NAVARRO CHAVOYA,

Defendant.

Case No. 1:21-cr-00314-JLT-SAB-1

ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY BOND SECURED BY REAL PROPERTY TO SURETIES

As relevant here, on February 6, 2026, the assigned Magistrate Judge held a detention hearing as to Defendant Edgar Rafael Navarro Chavoya. (ECF No. 7.) Defendant was released on an appearance and compliance bond secured by $100,000.00 property bond. (Id.) In January 2026, Sureties Rafael R. Navarro, Adela Chavoya de Navarro and Miriam Yalila Navarro posted the property bond. (ECF Nos. 19, 20.) Defendant and Sureties were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 17.) On September 3, 2026, the Government moved to dismiss the indictment, which the Court granted. (ECF Nos. 79, 80.) On September 8, 2026, Defendant moved to exonerate bond, and the time for the Government to oppose has passed. (ECF No. 81.)

/ / /

Accordingly, IT IS HEREBY ORDERED that the appearance and compliance bond secured by the $100,000.00 Deed of Trust currently on file with the Fresno County Recorder (#2022-0005104) and original straight note, posted by Sureties Rafael R. Navarro, Adela Chavoya de Navarro and Miriam Yalila Navarro is exonerated. Fed. R. Crim. P. 46(g). The bond is discharged and any and all obligations of the Sureties and/or property owner are terminated. The lien recorded against the real property securing said bond, is hereby released, extinguished and of no further force or effect.

The Clerk of the Court is authorized and DIRECTED to issue the Full Reconveyance in the proper format and any other documents necessary to effectuate the release of said lien.

IT IS SO ORDERED.

Dated: **September 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge